UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAMS HOTEL GROUP, LLC, d/b/a<br>HOMEWOOD SUITES HOTEL,<br><br>    Plaintiff,<br><br>    v.<br><br>ENVIRONS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:09-cv-00930-TWP-TAB<br>)<br>)<br>)<br>) |

## ENTRY ON PLAINTIFF'S MOTION TO AMEND/CORRECT DECISION AND ORDER FOLLOWING BENCH TRIAL

On March 29, 2012, this Court issued its Decision and Order Following Bench Trial ("Order") (Dkt. 205) on SAMS Hotel Group, LLC's ("SAMS") breach of contract claim against Environs, Inc. ("Environs"). *See SAMS Hotel Group, LLC v. Environs, Inc.*, 2012 WL 1067887 (S.D. Ind. Mar. 29, 2012). Currently pending before the Court is SAMS's Motion to Amend/Correct Decision and Order Following Bench Trial. Specifically, SAMS seeks to amend the Order pursuant to Federal Rule of Civil Procedure 52(b) "to correct certain typographical errors, accurately reference the evidence and consistently cite the 'a substantial cause' standard for causation that this Court has repeatedly held applies to Indiana contract claims." (Dkt. 207 at 1.) Environs does not oppose SAMS's motion with respect to "correct[ing] typographical [errors], grammatical [errors,] and an inverted sentence." (Dkt. 208 at 1.) However, Environs opposes any amendment by SAMS which expands its potential liability in the case. (*Id.*). After reviewing SAMS's proposed typographical and grammatical amendments, the Court adopts all of Environs's proposed amendments, except the proposed amendment to include the word "solely" on page 22 of its proposed order (Dkt. 207-1). The Court concludes that all of the

adopted amendments, as identified within this Entry, bring the Order into accordance with the evidence presented at trial and established Indiana case law.  Accordingly, the Environs's Motion to Amend/Correct Decision and Order following Bench Trial (Dkt. 207) is **GRANTED** in part and **DENIED** in part as outlined in this Entry.  A separate Amended Decision and Order Following Bench Trial will accompany this Entry.

SO ORDERED.    08/01/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Michael Paul Bishop
COHEN GARELICK & GLAZIER
mbishop@cgglawfirm.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

John Michael Bowman
PLEWS SHADLEY RACHER & BRAUN
mbowman@psrb.com

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN
bnelson@psrb.com

Colin Edington Connor
PLEWS SHADLEY RACHER & BRAUN
cconnor@psrb.com

Frederick D. Emhardt
PLEWS SHADLEY RACHER & BRAUN
emhardt@psrb.com

M. Edward Krause III
COHEN GARELICK & GLAZIER
ekrause@cgglawfirm.com

Donna C. Marron
PLEWS SHADLEY RACHER & BRAUN
dmarron@psrb.com